# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michael Ames

V.

Matthew Cate and Edmund G. Brown

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CV0979-BTM(WVG)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Adopts the Report and Recommendation. The Petition for Writ of Habeas Corpus is Dismissed and the Court Denies a Certificate of Appealability.

| December 29, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON December 29, 2011 |

10CV0979-BTM(WVG)