# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michael Ames

V.

Matthew Cate and Edmund G. Brown

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 10CV0979-BTM(WVG)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Adopts the Report and Recommendation. The Petition for Writ of Habeas Corpus is Dismissed and the Court Denies a Certificate of Appealability.

| December 29, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON December 29, 2011